Derek H. Lim, State Bar No. 209496
dlim@burnhambrown.com
David W. Wolfe, State Bar No. 287815
dwolfe@burnhambrown.com
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604
---
1901 Harrison Street, 14th Floor
Oakland, California  94612
Telephone:    (510) 444-6800
Facsimile:    (510) 835-6666

Attorneys for Defendants
CLIFFORD FRANK PERRY, JR. (erroneously
sued herein as CLIFFORD FRANK PERRY) and
KNIGHT TRANSPORTATION, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| JOY ANN CORCORAN,<br><br>          Plaintiff,<br><br>v.<br><br>CLIFFORD FRANK PERRY; KNIGHT TRANSPORTATION, INC; and DOES 1 TO 10,<br><br>          Defendants. | No. 2:13-cv-01511 WBS DAD<br><br>**STIPULATION TO EXTEND DEADLINE TO EXCHANGE INITIAL DISCLOSURES AND ORDER** |

    WHEREAS on November 6, 2013, Judge Shubb issued a scheduling order requiring initial disclosures by November 12, 2013.

    WHEREAS counsel for defendants, Derek Lim, will be out of state the week of November 11, 2013 and defendants are still identifying and gathering information and documents in support of the initial disclosure.

///

///

///

///

The parties through their attorneys of record hereby stipulate to a brief two week extension of time to provide initial disclosures, which will be exchanged on or before November 26, 2013.

IT IS SO STIPULATED.

Dated:  November    , 2013                    ALTEMUS & WAGNER


By: _____
Stewart C. Altemus
Attorneys for Plaintiffs


Dated:  November    , 2013                    BURNHAM BROWN


By: _____
Derek H. Lim
Attorneys for Defendants

## ORDER

Pursuant to the parties' signed and dated stipulation filed November 8, 2013, (Doc. No. 9), **IT IS SO ORDERED**.

Dated:  November 12, 2013

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.civil\corcoran1511.stip.eot.ord.doc