1 | Derek H. Lim (Bar No. 209496)
dlim@archernorris.com
2 | ARCHER NORRIS
2033 North Main Street, Suite 800
3 | Walnut Creek, CA  94596-3759
Telephone:     925.930.6600
4 | Facsimile:      925.930.6620

5 | Attorneys for Defendants
CLIFFORD FRANK PERRY, JR. (erroneously sued
6 | herein as CLIFFORD FRANK PERRY) and
KNIGHT TRANSPORTATION, INC.

7 |

8 | UNITED STATES DISTRICT COURT

9 | EASTERN DISTRICT OF CALIFORNIA

10 | SACRAMENTO DIVISION

11 |

12 | JOY ANN CORCORAN,   |   No.  2:13-cv-01511 WBS DAD

13 | Plaintiff,   |   **STIPULATION AND ORDER TO CONTINUE DISCOVERY CUT-OFF DATE; DEADLINE TO COMPLETE EXPERT DISCLOSURES, AND MOTION HEARING CUT-OFF**

14 | v.

15 | CLIFFORD FRANK PERRY;
KNIGHT TRANSPORTATION,
16 | INC.; and DOES 1 TO 10,

17 | Defendants.

18 |

19 | Plaintiff Joy Ann Corcoran ("Plaintiff") and Defendants Clifford Frank Perry, Jr. and

20 | Knight Transportation, Inc. (collectively "Defendants") hereby stipulate by and through their

21 | undersigned counsel of record to continue the following deadlines in the above matter:

| Event | Current Deadline | Proposed Deadline |
|-------|------------------|-------------------|
| Expert disclosure | June 9, 2014 | September 8, 2014 |
| Rebuttal expert disclosure | July 8, 2014 | October 10, 2014 |
| Discovery cut-off | November 5, 2014 | December 15, 2014 |
| Motion Hearing Schedule | December 5, 2014 | January 6, 2015 |

/////

STIPULATION AND ORDER TO
CONTINUE DISCOVERY 2:13-01511 WBS

1    The final pre-trial conference date of February 17, 2015 and the trial date of May 5, 2015

2    will remain intact.

3        The parties have been diligently proceeding with discovery in this matter.  The parties

4    have exchanged initial disclosures and served written discovery.  Moreover, the deposition of

5

6    Plaintiff Joy Corcoran is set for May 9, 2014 and an IME is set for May 12, 2014.   A

7    continuance of the foregoing dates is reque sted because the parties are pursuing mediation and

8    would like the opportunity to conduct further discovery should the matter not resolve at

9    mediation.  In addition, the handling attorney for Defendants, Derek Lim, recently changed law

10   firms to Archer Norris.   In light of the foregoing, the parties seek a continuance of the

11   applicable deadlines as proposed above.

12

13   IT IS SO STIPULATED.

14   Dated:  May 6, 2014                    ALTEMUS & WAGNER

15

16                                          By: /s/ Stewart C. Altemus
                                               Stewart C. Altemus
17                                             Attorneys for Plaintiff

18
     Dated:  May 6, 2014                    ARCHER NORRIS
19

20                                          By: /s/ Derek H. Lim
21                                             Derek H. Lim
                                               Attorneys for Defendants
22
                                        **ORDER**
23
         Pursuant to the parties' stipulation, IT IS SO ORDERED.
24
     Dated:  May 9, 2014
25

26   _____
     Ddad1\orders.civil\ corcoran1511.stip.eot.deadlines.ord.docx DALE A. DROZD
27                                      UNITED STATES MAGISTRATE JUDGE

28