Derek H. Lim (Bar No. 209496)
ARCHER NORRIS
2033 North Main Street, Suite 800
Walnut Creek, CA  94596-3759
Telephone:	925.930.6600
Facsimile:	925.930.6620
E-mail:	dlim@archernorris.com

Attorneys for Defendants
CLIFFORD FRANK PERRY, JR. (erroneously sued herein as CLIFFORD FRANK PERRY) and KNIGHT TRANSPORTATION, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| JOY ANN CORCORAN,<br><br>                Plaintiff,<br><br>v.<br><br>CLIFFORD FRANK PERRY; KNIGHT TRANSPORTATION, INC; and DOES 1 TO 10,<br><br>                Defendants. | No. 2:13-cv-01511 WBS DAD<br><br>**STIPULATION AND ORDER TO CONTINUE EXPERT DISCLOSURES** |

Plaintiff Joy Ann Corcoran ("Plaintiff") and Defendants Clifford Frank Perry, Jr. and Knight Transportation, Inc. (collectively "Defendants") hereby stipulate by and through their undersigned counsel of record to a brief continuance of the expert disclosure deadlines in this matter:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Expert disclosure | September 8, 2014 | October 10, 2014 |
| Rebuttal expert disclosure | October 10, 2014 | October 29, 2014 |

All of the remaining dates including the final pre-trial conference date of February 17, 2015 and the trial date of May 5, 2015 will remain intact.

1

The parties have been diligently proceeding with discovery in this matter. The parties have exchanged written discovery and Plaintiff has undergone an IME. Moreover, the deposition of Plaintiff Joy Corcoran, Pete Corcoran, Officer Redding and Dr. Kimberly Page have been completed. A brief continuance of the expert disclosure dates is requested because the parties are engaging in settlement discussions and have reserved a mediation with mediator Buzz Weisenfeld on September 3, 2014. The parties would like to engage in settlement discussions prior to the disclosure of experts and the exchange of expert reports.

IT IS SO STIPULATED.

Dated:  August 20, 2014                                 ALTEMUS & WAGNER

                                                        **/s/ *Stewart C. Altemus***
                                                        By: _____
                                                        Stewart C. Altemus
                                                        Attorneys for Plaintiff

Dated:  August 20, 2014                                 ARCHER NORRIS

                                                        **/s/ *Derek H. Lim***
                                                        By: _____
                                                        Derek H. Lim
                                                        Attorneys for Defendants

## ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated:  August 22, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.civil\corcoran1511.stip.eot2.ord.doc